CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB - 1 2018

JAMES N. HATTEN, Clerk
By J. Brannon, Deputy Clerk

Chandler Quentin Saxton  931807
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

4:18-CV-0028

[illegible] Hays State prison

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**

   A. Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes ( ✓ )   No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): Chandler Saxton /me

      Defendant(s): Judge mareen Gottfried and columbus, GA

   2. Court (name the district):
      middle district court

   3. Docket Number: 4:16-CV-320-CDL MSH

Rev. 12/5/07

2

## I. Previous Lawsuits (Cont'd)

4. Name of judge to whom case was assigned: __Judge Clay D. Land__

5. Did the previous case involve the same facts?

   Yes ( )   No (✓)

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): __Yes it was dismissed they say because I didn't have a claim which was a lie clearly. And also it is not still pending.__

7. Approximate date of filing lawsuit: __Dec, 2016__

8. Approximate date of disposition: __1-13-2017__

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A. Place of Present Confinement: __Hays State Prison__

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)   No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✓)   No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results? __As far as a grievance for the above case being in the county jail the grievance process was to put in a request through my lawyer as the suit was not with the jail I was housed in but a separate Entity which was the court system__

   Note: pertaining to current suit I got the places mixed up. grievance __I wrote a grievance and gave it to my counselor and she gave me a reciept of some form they finally responded back with a lie saying that I was being treated In this prison at a chronic clinic which a chronic clinic that treats patients does not exist at hays at all only a regular medical office which Is where I went. So they talk to me and said they won't be checking my levels every 3 or so months, Still no cure medicine or anything they say that I will be treated at a chronical clinic to make it look good In case of a lawsuit. I have__

   2. If your answer is NO, explain why not: __Attached all Info pertaining to what they told me and pro that nothing was done and that they are only watching me and take my blood and talking me, one month my levels were ok looking to them but for no treatment at all still was me In pain__

3

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Hays State prison / medical Staff

Address(es): Hays State prison   P.O. Box 668
Trion, GA 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Hays State prison / warden Sprayberry and medical staff, (who ever is in charged of paying for medical treatment.)

Employed as  Hays State prison  employee  Job warden –

at  Hays State prison

### IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) Affidavit of truth (handler Smith)
The facts are: As I was sent here from Jackson prison. This prison knew and knows of (all) medical history of any inmate or prisoner here. I was sent here and arrived 11-17-2016. I have Hepatitis C and they knew that. So enduring pains and symptoms due to this disease I sent out medical request saying I was In pain. Also each time the medical staff or doctor I saw just check my blood had it sent off and never had me treated. Every time the results came back he said my levels weren't at the level where they pay for treatment. So each day I had to live with the pain anyway. Where as Aids, cancer, and Hepatitis are diseases that can kill, And they pay for treatment of cures all the time In the thousands of dollars, I am hereby Claiming: Pain and Suffering and neglect by my parental Institution.

Rev. 12/5/07

IV. **Statement of Claim (Cont'd)**   Affidavit of Truth: Chandler Sexton

Facts: They have paid for treatment for plenty of Inmates here. My bunkmate a (John huff inmate #1261492) has had cancer and out of his own mouth he has told me they paid for at least 300,000 dollars In treatment for his condition. So If they have paid for some people's pain and elments this Is like either a race or discrimination thing, or some type of neglect and unfairness on my part. (My claim Is) pain and no treatment. I wake up every day now with sharp pains and sometimes blood In my stool. Sometimes I get Into fight with people because this condition sometimes cause I regular gas. This upsets some people and they take It as dysrespet. I try to exercise but alot of times the pain holds me back. I also started writting In a daily journal since the beggining of (may) when I realized these people aren't going to cure or treat me. Whats even worse Is that there Is a cure for this disease now. And a pill called (Harvoni). If I can simply be healed by this pill what Is the poblem. Even If they pay for treatment now the months of pain don't heal. This problem Is not there fault I encountered this disease, But how can I get treated? I am not a millionaire and It Is the responsibility of this prison to cure and treat me with an Illness of this statue. I am hereby claiming that they have neglected to treat me, My last resort was a grievance and after allmost a year anniversary of being here I realize I have no choice. Of course I never Immediately filed a grievance once I got here thinking I would be treated, I was wrong. Now a year has actually past today Is the 20th of Nov I got here on 11-17-16.

V. **Relief**
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.   Affidavit of truth:
I am due to my months of neglect asking In pain and suffering the amount of ~~~~ One million dollars. As stated above curing me right now Is a to late process. I could have died by now. If I can get treated fine. But as I write this grievance I am In very bad pain and at the same time I could die any second now. Any. I am trying to be cured so when they transfer me which they will the labor and cost and time and my complaints and grievances on someone else. That Is no right for me to be transfered a n whole nother prison my say I'm just getting there and refuse to treat me most certainly. I have been here over a year and I cannot cure myself at all Im not In the free world Im In prison. I am asking for pain and suffering and with enough money I can pay for treatment myself. thank you Chandler Sexton
If the simple question can be asked as has Chandler Sexton ever been treated or given the pill Harvoni, and the answer Is NO. That holds true to my claim and relief of all described pain and neglect.

Rev. 12/5/07

1-28-18

Chandler Sexton

Affidavit of Truth. Chandler sent

**V.    Relief (Cont'd)**

Again this is not a relief or claim to try to get out of prison. This is a claim of neglect and pain and suffering. To be treated would be great but what about the months I've endured daily, and hourly pains. Sometimes in tears.

Signed this __28th__ day of __January__, 20__18__.

Affidavit of Truth

_____
Signature of Plaintiff

**STATE OF** __Georgia__
**COUNTY (CITY) OF** __Trion__

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** __1/28/18__
                        (Date)

_____
Signature of Plaintiff

Rev. 12/5/07